JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIARAN ZOU, an individual, | Case No.: 8:24-cv-02672-DOC-DFM |
| Plaintiff, | ORDER ON STIPULATION TO REMAND CASE TO STATE COURT [16] |
| vs. | |
| MERCEDES-BENZ U.S.A., LLC; FOOTHILL RANCH IMPORTS, LLC; and DOES 1 through 50, inclusive, | Judge: Hon. David O. Carter |
| Defendants, | |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Orange.

IT IS SO ORDERED.

DATE: January 6, 2025

_David O. Carter_
United States District Judge
Central District of California

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**